**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 02-1886**

—————

KAREN DISHMAN POWELL,

                              Plaintiff - Appellant,

        versus

ST. PAUL POLICE DEPARTMENT; ALLEN PORTER;
GEORGE ROBINSON,

                              Defendants - Appellees.

—————

Appeal from the United States District Court for the Western
District of Virginia, at Big Stone Gap.  Glen M. Williams, Senior
District Judge.  (CA-01-27-2)

—————

Submitted:  October 24, 2002       Decided:  October 30, 2002

—————

Before WIDENER, MICHAEL, and MOTZ, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

Karen Dishman Powell, Appellant Pro Se.  Eric Roger Thiessen, PENN,
STUART & ESKRIDGE, Abingdon, Virginia, for Appellees.

—————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Karen Dishman Powell appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Powell v. St. Paul Police Dep't</u>, No. CA-01-27-2 (W.D. Va. July 23, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2